1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11
12
13
14
15
16

LAURIE HANNAN,

        Plaintiff,

    v.

CITY OF TACOMA, DAVID BOBO, individually and the marital community thereof with JANE DOE BOBO, MICHAEL COMBS, individually and the marital community thereof with JANE DOE COMBS, and DOES 1-5, inclusive,

        Defendants.

Case No.  C05-5396RJB

ORDER GRANTING PARTIAL SUMMARY JUDGMENT

17
18
19

    This matter comes before the Court on Defendants Motion for Summary Judgment on Plaintiff's Age Discrimination Claims. Dkt. 17.  The Court has reviewed all documents filed regarding this Motion, has reviewed the entire file, and is fully advised.

20
21
22
23

    Defendants move for the summary dismissal of all Plaintiff's age discrimination claims. Dkt. 17. Defendants argue Plaintiff can not make out a prima facie case for age discrimination because she can not establish that she was replaced by a substantially younger employee. *Id.*  Plaintiff does not oppose this motion. Dkt. 20.  All Plaintiff's age discrimination claims should be dismissed.

24

    Therefore, it is hereby,

25
26
27

    **ORDERED** that Defendants' Motion for Summary Judgment on all Plaintiff's Age Discrimination Claims should be **GRANTED**.  Plaintiff's age discrimination claims should be dismissed **WITH PREJUDICE**.

28

ORDER

1  The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record
2 and to any party appearing pro se at said party's last known address.
3  Dated this 21st day of February, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER