UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURIE HANNAN,

    Plaintiff,

    v.

CITY OF TACOMA, DAVID BOBO, individually and the marital community thereof with JANE DOE BOBO, MICHAEL COMBS, individually and the marital community thereof with JANE DOE COMBS, and DOES 1-5, inclusive,

    Defendants.

Case No. C05-5396RJB

ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM LIMITS OF FRCP 33(a) AND TO COMPEL PLAINTIFF'S ANSWERS TO DEFENDANTS' DISCOVERY REQUESTS

    This matter comes before the Court on Defendants' Motion for Relief from Limits of Fed. R. Civ. Pro. 33(a) and to Compel Plaintiff's Answers to Defendants' Discovery Requests. Dkt. 24. The Court has reviewed all documents filed regarding this Motion, has reviewed the entire file, and is fully advised.

    Defendants move for relief from the provision in Fed. R. Civ. Pro. 33(a) which restricts the number of written interrogatories to not more than 25, including all discrete subparts. Dkt. 24. Defendants also move for an Order to compel Plaintiff to answer interrogatories 14-20 in their first set of interrogatories. Dkt. 24. The record indicates parties have conferred about the matter, and Plaintiff agreed to answer interrogatories 18 and 19. Dkt. 25. Plaintiff has not filed a Response to this Motion.

    Defendants' Motion for relief from the 25 interrogatory restriction in Rule 33(a) should be granted. Although parties did not seek leave of the Court, they agreed in their Joint Status Report to extend the allowable interrogatories to 35, including discrete subparts. Dkt. 6. Plaintiff should be ordered to respond to interrogatories 14-20, in accordance with the Rules.

ORDER - 1

1  Therefore, it is hereby,

2  **ORDERED** that Defendants' Motion for Relief from Limits of Fed. R. Civ. Pro. 33(a) and to

3  Compel Plaintiff's Answers to Defendants' Discovery Requests (Dkt. 24) is **GRANTED**. Plaintiff is

4  ordered to respond to interrogatories 14-20 in Defendants' first set of interrogatories.

5  The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record

6  and to any party appearing pro se at said party's last known address.

7  Dated this 20th day of March, 2006.

          *Robert J. Bryan* (signature)

          Robert J. Bryan
          United States District Judge

ORDER - 2